RECEIVED
IN LAKE CHARLES, LA

MAY 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **NOEL D. F. WARMINGTON** | : | **DOCKET NO. 2:05-cv-2198** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **IMMIGRATION & NATURALIZATION SERVICE** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be DENIED AND DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of _____May_____, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE